IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE GHOLSON,<br><br>    Plaintiff,<br><br>  v.<br><br>AR, JO & MH, LLP d/b/a Heygood Orr & Pearson, SALKOW LAW, A.P.C., MAGANA, CATHCART, MCCARTY, JOHN K. CHAPMAN, and ERIC D. PEARSON,<br><br>    Defendants. | Case No. 12-00878 SC<br><br>SCHEDULING ORDER |

Now pending before this Court are four motions: three different Defendants' Motions to Dismiss and Plaintiff Candace Gholson's Motion to Remand. ECF Nos. 5, 6, 7 & 13. All pending hearing dates for these motions are hereby VACATED. All four motions are hereby RESCHEDULED for hearing by this Court on May 4, 2012, at 10:00 a.m., in Courtroom One, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: March 26, 2012

_____
UNITED STATES DISTRICT JUDGE