1  CRAIG C. SHEFFER, ESQ./ SBN: 131243
   DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
2  20 Bicentennial Circle
   Sacramento, CA 95826
3  Telephone:  (916) 379-3500
   Facsimile:  (916) 379-3599
4
   Attorneys for Defendants AR, JO & MH, LLP,
5  JOHN K. CHAPMAN, and ERIC D. PEARSON

6

7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11
                                    CASE NO.  3:12-cv-00878 SC
12  CANDACE L. GHOLSON,

13              Plaintiffs,          **RULE 41 STIPULATION AND ORDER FOR DISMISSAL**

14        v.

15  AR, JO & MH, LLP, doing business as    **Action Filed:**   **February 23, 2012**
    HEYGOOD, ORR & PEARSON,                **Trial Date:**     **None**
16  SALKOW LAW, A.P.C., MAGANA
    CATHCART, MCCARTY, JOHN K.
17  CHAPMAN, ERIC D. PEARSON, and          **Judge:**          **Honorable Samuel Conti**
    DOES 1 through 100, Inclusive.
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

---

-1-

RULE 41 STIPULATION AND ORDER FOR DISMISSAL

## **RULE 41 STIPULATION AND ORDER FOR DISMISSAL**

COME NOW the parties, by and through their respective counsel, and hereby stipulate to the dismissal of the captioned action, with prejudice, with each party to bear its own costs.

*Respectfully submitted,*

/s/ *Craig C. Sheffer*
CRAIG C. SHEFFER, ESQ. / SBN: 131243
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorney for Defendants AR, JO & MH, LLP, JOHN K. CHAPMAN, and ERIC D. PEARSON

/s/ *Matthew C. Bishop*
MATTHEW C. BISHOP, ESQ. / SBN: 134936
LAW OFFICES OF MATTHEW C. BISHOP, INC.
1700 Second Street, Suite 378
Napa, CA 94559
Telephone: (707) 258-8090
Facsimile: (707) 255-3612

Attorney for Plaintiff, CANDACE L. GHOLSON

RULE 41 STIPULATION AND ORDER FOR DISMISSAL

```
CRAIG C. SHEFFER, ESQ./ SBN: 131243
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Defendants AR, JO & MH, LLP,
JOHN K. CHAPMAN, and ERIC D. PEARSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CANDACE L. GHOLSON,<br><br>Plaintiffs,<br><br>v.<br><br>AR, JO & MH, LLP, doing business as HEYGOOD, ORR & PEARSON, SALKOW LAW, A.P.C., MAGANA CATHCART, MCCARTY, JOHN K. CHAPMAN, ERIC D. PEARSON, and DOES 1 through 100, Inclusive.<br><br>Defendants. | CASE NO.  3:12-cv-00878 SC<br><br>**[PROPOSED] ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL**<br><br>**Action Filed:**  February 23, 2012<br>**Trial Date:**   None<br><br>**Judge:**   Honorable Samuel Conti |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY ORDERED that the above entitled action is Dismissed, with prejudice, each side to bear its own costs.

Dated: May 4, 2012

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

-1-
[PROPOSED] ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL