1  CRAIG C. SHEFFER, ESQ./ SBN: 131243
   DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
2  20 Bicentennial Circle
   Sacramento, CA 95826
3  Telephone:  (916) 379-3500
   Facsimile:  (916) 379-3599
4
   Attorneys for Defendants AR, JO & MH, LLP,
5  JOHN K. CHAPMAN, and ERIC D. PEARSON

6

7

8                        UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11                                          CASE NO.  3:12-cv-00878 SC
    CANDACE L. GHOLSON,
12
                Plaintiffs,                 **RULE 41 STIPULATION AND ORDER FOR**
13                                          **DISMISSAL**

14      v.

15  AR, JO & MH, LLP, doing business as     **Action Filed:**   **February 23, 2012**
    HEYGOOD, ORR & PEARSON,                 **Trial Date:**     **None**
16  SALKOW LAW, A.P.C., MAGANA
    CATHCART, MCCARTY, JOHN K.
17  CHAPMAN, ERIC D. PEARSON, and           **Judge:**          **Honorable Samuel Conti**
    DOES 1 through 100, Inclusive.
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

-1-
RULE 41 STIPULATION AND ORDER FOR DISMISSAL

## RULE 41 STIPULATION AND ORDER FOR DISMISSAL

COME NOW the parties, by and through their respective counsel, and hereby stipulate to the dismissal of the captioned action, with prejudice, with each party to bear its own costs.

*Respectfully submitted,*

/s/ *Craig C. Sheffer*
CRAIG C. SHEFFER, ESQ. / SBN: 131243
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorney for Defendants AR, JO & MH, LLP, JOHN K. CHAPMAN, and ERIC D. PEARSON

/s/ *Matthew C. Bishop*
MATTHEW C. BISHOP, ESQ. / SBN: 134936
LAW OFFICES OF MATTHEW C. BISHOP, INC.
1700 Second Street, Suite 378
Napa, CA 94559
Telephone: (707) 258-8090
Facsimile: (707) 255-3612

Attorney for Plaintiff, CANDACE L. GHOLSON

RULE 41 STIPULATION AND ORDER FOR DISMISSAL

1  CRAIG C. SHEFFER, ESQ./ SBN: 131243
   DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
2  20 Bicentennial Circle
   Sacramento, CA 95826
3  Telephone:  (916) 379-3500
   Facsimile:  (916) 379-3599
4
   Attorneys for Defendants AR, JO & MH, LLP,
5  JOHN K. CHAPMAN, and ERIC D. PEARSON

6

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11

12 | CANDACE L. GHOLSON,              | CASE NO.  3:12-cv-00878 SC

13 |           Plaintiffs,            | **[PROPOSED] ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL**

14 |     v.

15 | AR, JO & MH, LLP, doing business as  | **Action Filed:**   February 23, 2012
   | HEYGOOD, ORR & PEARSON,              | **Trial Date:**     None
16 | SALKOW LAW, A.P.C., MAGANA
   | CATHCART, MCCARTY, JOHN K.
17 | CHAPMAN, ERIC D. PEARSON, and        | **Judge:**          Honorable Samuel Conti
18 | DOES 1 through 100, Inclusive.
19 |           Defendants.

20

21 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

22     IT IS HEREBY ORDERED that the above entitled action is Dismissed, with prejudice,

23 each side to bear its own costs.

24

25

26 Dated: May __4__, 2012                    _____
                                              UNITED STATES DISTRICT JUDGE
27                                            [SEAL: IT IS SO ORDERED / Judge Samuel Conti]

28